UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
KENTUCKY COVINGTON DIVISION

IN RE

SCOTT A. NOBLE, dba NDI                                      CASE NO.  96-20036

DEBTOR(S)

## ORDER

The Court having considered the Application for Order Directing Payment of Funds to Creditor/Claimant Sandra L. Webb [ECF No. 96], and finding the Application does not provide supporting documentation to establish the claim,

It is ORDERED the movant shall provide 1) proof of the status of Coating Concepts, Inc., 2) if dissolved, proof that Michael Webb was the sole remaining shareholder, 3) proof that all obligations of the corporation (including taxes) are paid in full, and 4) certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate within fourteen (14) days or the application will be overruled.

Copy to:

Sandra L. Webb Successor In Interest to Coating Concepts,
Inc. c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA  98065

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, May 26, 2016**
(tnw)