UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

SCOTT A. NOBLE, dba NDI                                                    CASE NO. 96-20036

DEBTOR(S)

## ORDER

The Court having considered the Application for Order Directing Payment of Funds to Creditor/Claimant Sandra L. Webb [ECF No. 96], and finding the movant failed to comply with Order [ECF No. 97],

It is ORDERED that the Application [ECF No. 96] is OVERRULED.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, June 29, 2016**
(grs)